FORM TO BE USED BY PRISONERS IN FILING A COMPLAINT
UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. § 1983
in the UNITED STATES DISTRICT COURT for the SOUTHERN DISTRICT of GEORGIA

CV423-180

FILED
U.S. DISTRICT COURT
SAVANNAH DIV.
2023 July 3 A 10: 18
CLERK
SO. DIST. OF GA.

Michael Burriss

(Enter above full name of plaintiff or plaintiffs)

v.

U.S. SUPREME COURT, U.S. GRAND JURY, U.S. JUSTICE DEPARTMENT, THE STATE OF GEORGIA, CHATHAM COUNTY SUPERIOR COURT, CHATHAM COUNTY OFFICE OF THE PUBLIC DEFENDER, CHATHAM COUNTY DETENTION CENTER.

(Enter above full name of defendant or defendants)

I. Previous lawsuits

A. Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action? Yes ____ No ✓

If your answer to A is yes, describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

1. Parties to this previous lawsuit:

Plaintiffs: ____________________

Defendants: ____________________

2. Court (if federal court, name the district; if state court, name the county):

____________________

3. Docket number: ____________________

4. Name of judge assigned to case: ____________________

5. Disposition
(for example, was the case dismissed? appealed? is it still pending?):

______________________________

6. Approximate date of filing lawsuit: ______________

7. Approximate date of disposition: ______________

8. Were you allowed to proceed *in forma pauperis* (without prepayment of fees)? Yes _____ No _____

B. While incarcerated or detained in any facility, have you brought any lawsuits in federal court which deal with facts other than those involved in this action? Yes ✓ No _____

If your answer to B is yes, describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

1. Parties to previous lawsuit:

Plaintiffs: Michael BURRISS

Defendants: STATE OF GEORGIA, CHATHAM COUNTY DETENTION CENTER, GARDEN CITY POLICE DEPARTMENT.

2. Court (name the district):

U.S. DISTRICT COURT SOUTHERN DIVISION.

3. Docket number: 4:23-CV-163

4. Name of judge assigned to case: R. STAN BAKER

5. Disposition
(for example, was the case dismissed? appealed? is it still pending?):

PENDING

6. Approximate date of filing lawsuit: SUBMITTED ON 14 JUN 2023 ORDER ISSUED 20 JUN 2023

7. Approximate date of disposition: DON'T KNOW

8. Were you allowed to proceed *in forma pauperis* (without prepayment of fees)? Yes ✓ No ___

C. As to any lawsuit filed in federal court where you were allowed to proceed *in forma pauperis*, was any suit dismissed on the ground that it was frivolous, malicious, or failed to state a claim? Yes ___ No ✓

1. If your answer to C is yes, name the court and docket number for each case:

II. Place of present confinement: CHATHAM COUNTY DETENTION CENTER

A. Is there a prisoner grievance procedure in this institution? Yes ✓ No ___

B. Did you present the facts relating to your complaint to the appropriate grievance committee? Yes ✓ No ___

C. If your answer to B is yes:

1. What steps did you take? USED KIOSK, WROTE LETTERS THROUGH POSTAL MAIL. SENT EMAILS

2. What was the result? COMPLETELY IGNORED.

3. Did you appeal any adverse decision to the highest level possible in the administrative procedure? Yes ✓ No ___

If yes, what was the result? COMPLETLY IGNORED.

D. If you did not utilize the prison grievance procedure, explain why not: I DID USE IT TO NO AVAIL.

III. Parties

(In Item A below, list your name as plaintiff and current address. Provide the name and address of any additional plaintiffs on an attached sheet.)

A. Name of plaintiff: Michael Burciss
Address: 86 ROMMEL
GARDEN CITY GA 31408

(In Item B below, list the defendant's full name, position, place of employment, and current address. Provide the same information for any additional defendants in Item C below.)

B. Name of defendant: U.S. SUPREME COURT.
Position: JUDGES
Place of employment: COURT SYSTEM
Current address: WASHINGTON DC

C. Additional defendants: U.S. GRAND JURY, U.S. JUSTICE DEPARTMENT, THE STATE OF GEORGIA, CHATHAM COUNTY SUPERIOR COURT, CHATHAM COUNTY OFFICE OF THE PUBLIC DEFENDER, CHATHAM COUNTY DETENTION CENTER.

IV. Statement of Claim

State here as briefly as possible the FACTS in your case. Describe how each defendant is personally involved in the depriving you of your rights. You must include relevant times, dates, places, and names of witnesses. DO NOT GIVE LEGAL ARGUMENTS OR CITE ANY CASES OR STATUTES. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

(1) HEALTH CARE - NOT PROVIDING HEALTH CARE FOR ILLNESS OR INJURIES ONLY PROVIDING PILL (PILL CALL) TO TREAT SYMPTOMS. CHATHAM COUNTY DETENTION CENTER hereAFTER REFERED TO AS CCDC. COLLECT AN ENORMOUS FEE PER INMATE PER OCCURANCE PILL CALL IS HELD ATLEAST TWICE A DAY. CCDC DOES NOT WANT TO CURE ANY ILLNESS OR INJURY AS THEY WILL MAKE MORE FROM "PILL CALL" IN A MONEY SENSE THAN THEY COULD EVER MAKE FROM CURING THE ILLNESS. FOR EXAMPLE IF YOU NEED A TOOTH PULLED CCDC WILL FEED YOU ANTIBOTICS AND MILD PAIN KILLERS FOR MONTHS COLLECTING OVER $400 dollars A WEEK IN PILL CALL EXPENSES FROM FEDERAL AND STATE FUNDING INSTEAD OF SPENDING $100 dollars TO PULL THE TOOTH OR $50 TO FILL IT. THIS IS A GROSS MIS APPROATION OF FUNDS THAT STATE AND FEDERAL OFFICERS NEED TO INVESTIGATE PUNITIVELY.



* CONTINUED ON ATTACHED PAGES *

ATTACHMENT (1)

②

FOOD QUANTITY, ~~QUALITY, HEALTH & SAFETY.~~

MEALS ARE SERVED MORNING AND LATE AFTERNOON WITH 2 PEANUT-BUTTER AND SYRUP SANDWICHES THAT ARE GIVEN TO INMATES WITH THEIR BREAKFAST TRAY. THIS IS CONSIDERED TO BE LUNCH. THE PORTIONS SERVED ARE INCREDIBLY SMALL COMPLETLY LACKING IN THE FDA REQUIREMENTS FOR CALORIC AND PROTIEN IN TAKE. INMATES ARE PURPOSLY STARVED IN ORDER TO PRESSURE THE INTO BUYING FOOD FROM A COMMISSARY SYSTEM OWNED BY THE SHERIFF AND HIS DAUGHTER. THE NEW SHERIFF GET'S CAMPAGNE DONATIONS FROM THE OWNER OF THE COMMISSARY STORE IN THE AMOUNTS OF HUNDREDS OF THOUSANDS.

③ FOOD QUALITY

MEALS ARE OFTEN SERVED WITH ROACHES AND OTHER INSECTS PRESENT IN THE FOOD. BEANS, PEAS, CARROTS HAVE OFTEN HAD WORMS IN THEM. GRITS HAS ALMOST ALWAYS BEEN OBSERVED HAVING WEEVILES AND SO HAS THE CORN BREAD. CHICKEN HAS BEEN SERVED RAW AND BLOODY ALONG WITH MOST VEGATABLES UNDERCOOKED AND HARD AS ROCKS, OR EXTREMELY OVERCOOKED AND BEYOND BEING TASTLESS THEY ARE COMPLETELY LACKING IN VITAMINS AND MINERALS HAVING BOILED THESE VEGATABLES STERILE, COLORLESS & TASTLESS.

④ FOOD HEALTH AND SAFETY

FOOD IS SERVED ON TRAYS AND THE LIDS OF TRAYS. THERE ARE HOLES ON THE SIDES OF THE TRAYS AND THE LIDS WHERE CLAMPS ARE MEANT TO JOIN

ATTACHMENT ②

(4) FOOD HEALT AND SAFETY (CONT)

THEM TOGETHER. BECAUSE MEALS ARE BEING SERVED ON BOTH AND NEITHER JOINS THE OTHER THE SERVING DISHES ARE EXPOSED TO OPEN AIR ~~CONTAMINANT~~ CONTAMINATION ALL THE WAY FROM THE KITCHEN FOR BETWEEN 200 TO 700 YARDS TO THE VARIOUS WINGS. THIS ALLOWS EXPOSURE TO FLY, ROACHES, CHEMICAL CLEANERS AND THE BODILY FLUIDS OF THE PEOPLE TRANSPORTING THE FOOD CARTS. ANYONE WITH COVID-19 OR ANY VERSION OF THE CORONA VIRUS HAS ONLY TO COUGH ONE TIME TO INFECT THE FOOD SUPPLY OF 70 PEOPLE IN THE DORM. THIS INCLUDES ANY ONE IN TRANSIT FROM COURT, WORK, OR ANY OTHER DESTINATION. ANY PERSON PASSING THE FOOD CARTS IS A POTENTIAL CONTAMINATOR.

(5) COMMISSARY - MONOPLY AND PRICE FIXING.

THE COMISSARY PROGRAM OF THIS DETENCION CENTER IS COMMONLY REFERED TO AS THE "STORE". THERE IS NO COMPETITION IN THE "JAIL HOUSE" MARKET PLACE AND AND ILLEGAL AND UNCONSTUTIONAL MONOPLY HAS ARISEN THAT IS OWNED BY THE PREVIOUS SHERIFFS DAUGHTER WHO MAKE SIGNIFICANT MONETARY DONATIONS TO THE CURRENT SHERIFF IN EXCHANGE FOR SHERIFF WILCHER LEAVING THE MONOPLY IN PLACE. SHERIFF WILCHER IS THE CURRENT SHERIFF OF CHATHAM COUNTY AND THE FINAL "SAY SO" ON THE COUNTY LEVEL IN LAW ENFORCEMENT.

ATTACHMENT (3)

(6) COUNSELOR-SOCIAL SERVICES

EVERY COUNSELOR I HAVE ENCOUNTERED IN THIS FACILITY FROM UNIT 5, 6, & 9 HAS FLAT OUT REFUSED TO DO ANY PART OF THEIR JOB. AT OTHER TIMES I HAVE SEEN ALL COMPLAINTS HERE IN LISTED OCCUR TO OTHER PLANTIFFS IN THIS SUIT TO INCLUDE ALL COUNSELORS IN EVERY UNIT OF EVERY WING. THE WILL NOT PROVIDE YOU WITH COPIES OF DOCUMENTS, HELP YOU GET COPIES OF ANY LEGAL DOCUMENT (WARRANT OR ACCUSATION OR ANY OTHER TYPE OF LEGAL OR CIVIL DOCUMENTS SUCH AS POWER OF ATTORNEYS. THEY WILL NOT ALLOW PHONE CALLS TO BOND AGENTS, LOVED ONES OR ATTORNEYS EVEN ONCE AS DIRECTED BY SHERIFF WILCHER'S HAND BOOK FOR INMATES. THERE HAS ONLY BEEN 1 COUNSELOR I HAVE EVER SEEN DO THEIR JOB AND CONSISTENTLY HELP INMATES ON ALL LEVELS POSSIBLE AND THAT IS MR. PETE THE PROGRAM COUNSELOR MR. PETE. CREDIT MUST BE GIVEN WHERE CREDIT IS DUE. ALL OTHER COUNSELORS ARE GUILTY OF INTERFERING WITH DUE PROCESS, A RIGHT TO A SPEEDY TRIAL AND AN INMATES RIGHT TO SPEAK TO AN ATTORNEY. THIS IS ALL EASLY PROVEN BY READING MY KIOSK INQUIRIES + GRIEVANCES. I WILL BE HAPPY TO PROVIDE MY LOGON INFO. MRS. GORDON COUNSELOR FOR UNIT 9 THE "VETERANS DORM" INFORMED ME THAT THE REASON SHE HAS DENIED ALL OF MY REQUESTS TO CONTACT,

ATTACHMENT (4)

(6) COUNSELOR – SOCIAL SERVICES (CONT.)

MRS NANCY GREY SMITH MY PUBLIC DEFENDER IS BECAUSE SHE WAS INFORMED SPECIFICALLY NOT TO ALLOW INMATES TO USE A STAFF PHONE TO CONTACT THE OFFICE OF THE PUBLIC DEFENDERS OFFICE. SHE STATED SHE HAD RECIEVED THIS INFORMATION FROM A MEMO SENT TO HER AND ALL OTHER COUNSELORS BY THE OFFICE OF THE PUBLIC DEFENDER IN SAVANNAH GA, MRS. GORDON STATED I COULD ON CONTACT MY PUBLIC DEFENDER BY POSTAL MAIL. I STATED I HAD WRITTEN HER 7 LETTERS IN 7 WEEKS GIVING HER SPECIFIC INFORMATION ON MY CASE AND REQUESTING A PROFESSIONAL VISIT. IN 58 DAYS SHE NEVER RESPONDED TO A SINGLE LETTER AND NEVER GAVE ME A PROFESSIONAL VISIT. FINALLY MY FRIENDS AND FAMILY SAVED UP ENOUGH MONEY TO GET ME AN OUTSIDE (REAL) ATTORNEY.

(7) PUBLIC DEFENDERS OFFICE REFUSING TO RETURN CONTACT FROM ~~AA~~ CAMD INMATES BY PHONE CALL, EMAIL OR POSTAL MAIL. PUBLIC DEFENDERS OFFICE SPECIFICALLY ISSUING MEMOS TO ALL THE COUNSELORS IN CHATHAM COUNTY ~~POLICE~~ CAMD DETENTION CENTER INSTRUCTING THEM NOT TO ALLOW INMATES TO USE THEIR PHONES TO CONTACT THE PUBLIC DEFENDERS OFFICE ANY LONGER. THE MEMO STATE THAT IF ANY PUBLIC DEFENDER WANTS ANY CONTACT WITH ANY

ATTACHMENT (5)

(7) PUBLIC DEFENDERS (CONT)

INMATE THAT THEY WILL CONTACT THE INMATE VIA VIDEO VISITATION (VIDEO PROFESSIONAL VISIT) AND THAT ALL REQUESTS FROM INMATES FOR CONTACT, PHONE CALLS, EMAIL CORRESPONDANCE OR PROFESSIONAL VIDEO VISITS WILL BE SUMMARILY DENIED. ALL CONVERSATIONS IN THIS FACILITY ARE RECORDED AND THE DISTRICT COURT HAS MY EXPRESSED WRITTEN PERMISSION AND CONSENT TO ACCESS THE RECORDING OF MY CONVERSATION WITH MRS. GORDON WHEN SHE REVEALED THIS INFORMATION TO ME ON 22 JUNE 2023 IN THE HUB OF UNIT 9.

(8) SLEEP DEPRAVATION - CONTROL TECHNIQUES.

NOT ENOUGH SLEEP, GUARDS IN ALL UNITS OF ALL WINGS DO NOT TURN OUT THE LIGHTS AT 1030. SOMETIMES (AT LEAST ONCE IF NOT TWICE A WEEK) THEY DON'T TURN THEM OFF UNTIL 2AM IN THE MORNING. ABOUT ONCE A MONTH THEY DON'T TURN THE LIGHTS OUT AT ALL. THE LIGHTS COME ON EVERY DAY ABSOLUTELY NO LATER THAN 0530 OR 530AM. THIS PROVIDES INMATES ON A REGULAR BASIS WITH 2½ TO 4½ HOURS OF SLEEP. BECAUSE OF THIS TOURCHER TECHNIQUE INMATES ARE MORE AMENDABLE TO PLEADING GUILTY WHEN THEY ARE INNOCENT AND TAKE ANY deal OFFERED THEM RATHER THAN SUFFER THIS IN HUMAN ABUSE. THIS BREAK A PERSON WILL AND desIRE TO LIVE TO THE POINT THAT PEOPLE WHO HAVE NEVER

ATTACHMENT (6)

(8) SLEEP DEPRAVATION - CONTROL TECHNIQUES (CONT).

HAD A MENTAL HEALT DIAGNOSIS IN THEIR LIFE ARE COMING DOWN WITH ANXIETY, EPISODES OF MANIC DEPRESSION, BI POLAR MOOD SWING AND PARANOID SCHIZOPHRENE TENDICIES. AS WELL AS INCREASES IN SUICIDAL TENDIRIES AND ATTEMPTS, SLEEP DEPRAVATION IS ILLEGAL ON THE STATE LEVEL, FEDERAL LEVEL, AND AGAINST ALL TREATIES WITH THE UNITED NATIONS. THIS ACT AND MANY OTHERS ARE A DIRECT VIOLATION OF THE GENEVA CONVENTIONS OUTLINING WHAT IS AGREED UPON AS ACCEPTABLE TREATMENT FOR PRISONERS. CHATHAM COUNTY DETENTION CENTER IS IN VIOLATION OF EVERY ONE OF THEM.

(9) IMPROPER SUPPLYING OF PERSONAL HYGEINE PRODUCTS, CCDC ONLY PASSES OUT 1 BAR OF SOAP MEASURING 2.75 INCHES X 1.35 INCHES X .5 INCHES ONLY ONCE A WEEK. IT ONLY LASTS FOR 2 SHOWERS AND IS THEN GONE. INMATES ARE LEFT TO SHOWER WITHOUT SOAP FOR 5 DAYS A WEEK, TOIET PAPER IS PASSED OUT ONCE A WEEK IN THE AMOUNT OF 1 ROLL PER INMATE. INMATES GENERALLY RUN OUT OF TOILET PAPER ON THE 3RD OR 4TH DAY LEAVING 3 TO 4 DAYS A WEEK WITH NO TOILET PAPER. INMATES ARE FORCED TO USE NOTEBOOK PAPER AND THE WAX PAPER FROM THEIR PEANUT BUTTER AND SYRUP SANDWICHES TO MEET THEIR HYGENE NEEDS. DEODERANT IS SUPPLIED ON ONCE A MONTH IN THE AMOUNT OF .5 OZ A MONTH IT ONLY LASTS FOR 5 USES AND THE CHEMICALS IN IT ACTUALLY INCREASE A

(9) IMPROPER SUPPLYING PERSONAL HYGIENE (CONT)
PERSONS SMELL AND CAUSE RASHES AND SORES TO DEVELOPE, TOOTH PASTE IS GIVEN OUT ONCE A MONTH IN THE AMOUNT OF .85 OZ WHICH LAST FOR 7 USES. SO INMATES CAN ONLY BRUSH THEIR TEETH 7 DAY EACH MONTH GIVING RISE TO THE "3 DAYS OFF AND 1 DAY ON" SYSTEM, THE STATE CHARGE INMATES $3.15 PER WEEK FOR THIS INDIGENT PACKAGE. REGUARDLESS TO IF YOU ARE FOUND INNOCENT OR GUILTY CCDC STILL CHARGES YOU FOR THE BASIC NECCESSAITIES OF HUMAN LIFE REQUIRED TO MAINTAIN DIGNITY AND/OR HUMANITY.

(10) CONTAMINATED WATER SUPPLY IN ALL CCDE
ALL THE WATER IN EVERY WING AND EVERY UNIT IS MILKY IN APPEARANCE AND FEELS SLICK AND GREASY. WATER SUPPLIED HERE IS CAUSING ILLNESS AND DISEASE. SYMPTOMS INCLUDE TROUBLE URINATING, PAINFUL URINATING, HUGE SORES AND SCABS ON THE FACE NECK AND HEAD, PEELING HANDS FEET AND ELBOWS, VOMITTING AND EAR, NOSE & THROAT INFECTIONS.

(11) LAUNDRY-RETURNED UNHYGENICLY
JUMPER, SOCKS, BOXERS, TOWLES, SHEETS AND WASHCLOTHES ARE PICKED UP ~~TWI~~ TWICE A WEEK but ARE RETURNED UNSATISFACTORY EVERY TIME. STILL COVERED IN FOOD, DIRT AND CHEMICALS. SOMETIMES IT SEEMS THEY WERE NOT WASHED AT ALL, SOMETIMES THEY ARE PARTIALLY CLEAN AND AT MORE THAN

ATTACHMENT.

(11) LAUNDRY - RETURNED UNHYGENICTLY

ONE TIME IT SEEM THEY ARE ACTUALLY DIRTER THAN WHEN THEY WERE SENT OUT TO LAUNDRY.

(12) BLACK MOLD

BLACK MOLD IS PRESENT IN MORE THAN 90% OF THE CELLS ALREADY ALMOST HALF THE UNITS IN ALL WING ARE CLOSED DUE TO ROOF LEAKS AND AN ABUNDANCE OF BLACK MOLD CONTAMINATION

(13) FUNGUS & WHITE MOLD

ALL MOPS, MOP BUCKETS, WASHROOMS AND SHOWERS ARE INFECTED, CONTAMINATED AND COVERED IN BLACK MOLD.

(14) PERSCRIPTION EYE GLASSES - PRICE FIXING MONOPLY

A BASIC SET OF CHEAP PLASTIC EYE GLASSES ARE SOLD BY CCDC FOR $155 A PAIR. THE STAFF TAKES EVERYONES EYE GLASSES WHEN INMATES ARE BOOKED DECLARING THEY ARE A SECURITY HAZARD; BUT THEN SELLS YOU A LARGER SET OF GLASSES WITH MUCH THICKER FRAMES AND ARMS WHICH CAN EASILY BE MADE INTO WEAPONS. THERE IS ONLY ONE COMPANY WE CAN BUY THESE GLASSES FROM WHICH IS OWNED BY THE CORRECTION OFFICERS UNION. THESE GLASSES ARE SOLD TO US FOR $155 WHEN THE FAIR MARKET VALUE IS ON $39.99. THIS INCLUDES PERSCRIPTION AND THE EXACT SAME FRAMES. THIS A VIOLATION OF FEDERAL LAW AND SHOULD HAVE LONG BEEN CORRECTED BY THE DEPARTMENT OF JUSTICE. SOME ONE IN THE CHAIN

(14) PERSCRIPTION EYEGLASSES PRICE FIXING MONOPLY (CONT)
OF COMMAND IS NOT DOING THEIR JOBS. AN OVERSITE COMMITTE MUST BE APPOINTED BY THE FEDERAL GOVERNMENT TO BRING CCDC TO HEEL.

(15) READING AKA "SEEING" GLASSES MONOPLY PRICE FIXING
BASIC READING GLASSES ARE SOLD BY THE COMMISSARY/MEDICAL FOR $/55, THE FAIR MARKET VALUE OF THE EXACT BASIC READING GLASSES IS $1 AT FAMILY DOLLAR AND MOST DISCOUNT STORES INCLUDING WALMART. $1.25 AT THE DOLLAR TREE AND 2.99 AT CVS AN WALGREENS. THIS IS A 155,000 PERCENT PRICE INCREASE ON A MONOPLY THAT IS PRICE FIXED BY THE CORRECTIONS OFFICERS EMPLOYED BY THE CITY, THE COUNTY, THE STATE AND CCDC.

(16) MAIL INCOMING AND OUTGOING.
ALL MAIL IS UNDULLY SLOWED THIS APPLIES TO INCOMING AND OUTGOING MAIL. EACH TAKING WEEKS OR MONTHS TO REACH ITS DESTINATION. ALL MAIL INCOMING AND OUTGOING IS PROCESSED THROUGH AN OUTSIDE PRIVATE CONTRACTING COMPANY OWNED BY THE SHERIFF AND THE CORRECTION OFFICERS UNION. $50 DOLLARS IS COLLECTED PER OCCURANCE OF INMATE MAIL BEING PROCESSED THRU THE FACILITY. MAIL FROM OUTSIDE COMING INTO INMATES OR COMING FROM INMATES GOING OUT. THIS FACILITY IS LOCATED 925 B PEACHTREE, ATLANTA GA

(16) MAIL - INCOMING & OUTGOING (CONT)

30309. IT IS CALLED JAILATM.COM THAT IS THE NAME OF THE COMPANY. IT ALSO CHARGES A FEE OF $2.50 TO PLACE MONEY ON A INMATES BOOKS SINCE THIS SAME MONOPLY CONTROLS THE CASHIERS OFFICE. AGAIN WE HAVE ANOTHER FEDERAL CONFLICT OF INTREST. THIS PROCESSING SYSTEM CONSISTS OF CHOICE MAIL EVENTUALLY PASSING THRU AND GRIEVANCES, LETTERS TO ATTORNEYS, OR HUMAN RIGHTS GROUPS (ACLU FOR EXAMPLE) BEING DESTROYED OR "LOST IN TRANSIT"

(17) CODE ENFORCEMENT - HEALTH & SAFETY VIOLATIONS

CHATHAM COUNTY CODE ENFORCEMENT IS PURPOSELY TURNING A "BLIND EYE" TO ISSUES THEY HAVE LONG SINCE BECOME WELL AWARE OF. NO FIRE EXITS IN THE TOWERS FOR INMATES TO USE TO SURVIVE IN THE EVENT OF A FIRE, WATER FOUNTAINS, SINKS AND TOILETS BEING ON THE SAME CHLORINE SATURATED SUPPLY LINES AND SINKS AND TOILETS BEING CONNECTED ON THE SAME DRAIN/SEWER LINES. MOLD IN A/C'S.

SUMMARY

INMATES IN THE CHATHAM COUNTY DETENTION CENTER ARE NOT AND I REPEAT NOT BEING WRONGFULY INCARCERATED. WRONGFULLY INKARCERATION

ATTACHMENT (11)

IS THE ACT OF WRONGLY TAKING A PERSONS LIBERTY BUT GRANTING THE THEIR RIGHTS UNDER THE U.S. CONSTITUTION IN REGDARDS TO DUE PROCESS, LEGAL RIGHTS AS WELL AS SAFE CONFINEMENT. THATS NOT WHAT IS OCCURING IN THE CHATHAM COUNTY DETENTION CENTER. NO HERE AT THE CHATHAM COUNTY DETENTION CENTER DUE PROCESS, LEGAL RIGHTS AND ALL LAWS REGUARDING SAFE CONFINEMENT ARE BEING RAMPANTLY DENIED AND IGNORED BY A DOMESTIC TERRORIST ORGANIZATION POSING AS CORRECTION OFFICERS AND DEPUTY SHERIFF'S WHO ARE SUBVERTING THE U.S. CONSTITUTION AND COMMITTING CRIMINAL ENSLAVEMENT BY CAPTURING PEOPLE AND DENY NEARLY ALL LEGAL AND HUMAN RIGHTS TO IT'S PRISONERS. WHILE I AM AWARE THIS FILLING IS A CIVIL ACTION THE EVIDINCE BEING PRESENTED HERE NEEDS TO BE EXTRACTED AND FORWARDED TO THE PROPER FEDERAL AUTHORITIES AND PROCESSED AS "CRIMINAL ACTS" NOT BREECHES OF "ADMINISTRATION POLICY". I HAVE FILED A SEPARATE LAWSUIT 4:23-CV-163 THAT DETAILS THE WRONGS OCCURED DURING MY ARREST AND THE COURT SYSTEM. WHILE THE TWO ARE WRITTEN AND COVER A DIFFERENT FACT BASE, TOGETHER THEY PAINT THE PICTURE OF HOW A MAN CAN BE TAKEN FROM A FREE MAN

ENJOYING LIBERTY TO BEING A SLAVE, DENIED A COURT APPERANCE, DENIED BOND, DENIED CONTACT WITH A LAWYER, STARVED, TORCHERED AND ABUSED AS A SLAVE WITH NO "SAY SO'S" OF CHOICES OF ANY KIND, I AM FIGHTING FOR MY FREEDOM WITH EVERYTHING I HAVE, I AM NOT FIGHTING FOR MY LIFE, BECAUSE WITHOUT FREEDOM THERE IS NO LIFE, I AM AWARE THAT "BLOWING THE WHISTLE" ON A SCALE THIS LARGE IS PROBALLY GOING TO COST ME MY LIFE. I AM USING THE ONLY FREE WILL CHOICE I HAVE LEFT TO DO SO BECAUSE I WOULD RATHER DIE ON MY FEET FIGHTING THAN TO LIVE ON MY KNEES AS A SLAVE. THE RIGHTS OF THE POOR CLASS HAVE BEEN NULLIFIED, NOT BY THE DISTRICT ATTORNEY AS ONE MIGHT EXPECT, BUT BY THE PUBLIC DEFENDERS OFFICE AGAINST ALL REASON THE VERY ORGANIZATION THAT WAS FOUNDED TO PROTECT THE PEOPLE. THE LACK OF PEOPLE (INMATES) GOING TO COURT EVERYDAY IS CLEAR AND UNDENIABLE PROOF THAT THE CHATHAM COUNTY JUSTICE SYSTEM HAS COME TO A HALT, CHATHAM COUNTY IS STILL GOVERNING ITS POPULATION AS IF IT WAS A SLAVE PLANTATION FROM THE 1700'S. WHEN A MAN WITH NO CRIMINAL HISTORY OF ANY KIND CAN BE LOCKED UP AND ACCUSED OF POSSESSING 1/10 ONE TENTH OF A GRAM OF METH AND HAVE

THAT USED AS AN EXCUSE TO NOT LET HIM SEE A LAWYER, NOT GO BEFORE ANY JUDGE FOR A PERIOD OF 60 DAYS AND COUNTING, DENY HIM BOND AND NOT SCHEDULE HIM ANY FUTURE COURT DATES ON A CASE THAT IS ALMOST 4 YEARS OLD AND HAS NEVER BEEN INDICTED, THEN M.B. LEGALIZED SLAVERY HAS RETURNED TO AMERICA.

THE TOTALITY OF WHAT IS DESCRIBED AND CONTAINED HEREIN DETAILS A MODERN DAY SYSTEM OF KIDNAPPING, COERCION, EXTORTION AND CRIMINAL ENSLAVEMENT. WHAT THIS AMOUNTS TO IS THE ENTIRE CHATHAM COUNTY GOVERNING BODY IS NOTHING MORE THAN A HUMAN TRAFFICKING RING ADMINSTRATED BY A DOMESTIC TERRORIST GROUP DISGUISING THEMSELVES AS LAW ENFORCEMENT OFFICERS WHO ARE SWORN TO "PROTECT AND SERVE" BUT INSTEAD "CONQURE AND ENSLAVE".

Michael Burriss

WHILE THE INNOCENCE OR GUILT OF ANY INMATE IS A MATTER OF OPINION, THE TREATMENT OF THE INMATES (SLAVES) IS A MATTER OF UNDENYABLE FACT.

ADDITIONAL PLAINTIFFS

(2) RAYMOND EDWARDS [signature]
PRINT NAME — SIGN NAME

P0610443 — 09/12/1966
DIN: — DOB

2414 BULL ST SAVANNAH GA 31401 — 912-661-0535
ADDRESS — PHONE

(3) MELVIN BRINSON [signature]
PRINT NAME — SIGN NAME

P1703396 — 01/06/1994
DIN: — DOB

2027 EPPINGER ST. — (912) 996-7358
ADDRESS — PHONE

(4) Wilfred King — W. King
PRINT NAME — SIGN NAME

X0015830 — 9-19-69
DIN: — DOB

1308 E. Seiler Ave. 31401 — 912-341-4671
ADDRESS — PHONE

(5) Michael McKissick — Michael McKissick
PRINT NAME — SIGN NAME

P0410154 — 9-16-84
DIN: — DOB

15 west 54th street 31405 — 912 306-6406
ADDRESS — PHONE

Relief

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

MYSELF AND ANY OTHER PLAINTIFFS WOULD LIKE THE FOLLOWING AMOUNT IN PAIN AND SUFFERING.

333 MILLION

AND FEDERAL PROSECUTION OF ALL GUILTY PARTIES IN THE COURT SYSTEM AND LAW ENFORCEMENT OF CHATHAM COUNTY.

I declare under penalty of perjury that the foregoing is true and correct.

Signed this 25 day of JUNE, ~~19~~ 2023

Prisoner No. P1908114

[signature]
(Signature of Plaintiff)

Inmate DIN ID# P1908114
Inmate full name Michael BURRISS
1074 CARL GRIFFIN DR.
SAVANNAH GA 31405

LEGAL MAIL

U.S. DISTRICT COURT
P.O. BOX 8286
SAVANNAH GA 31412




RECEIVED
U.S. Marshals Service
Georgia